**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 22-9487-JFW(AFMx)**                                    Date:  July 16, 2024

Title:        Li Qui -*v*- Alejandro Mayorkas, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                                    **None Present**
**Courtroom Deputy**                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                      None

**PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE WHY ACTION SHOULD
NOT BE DISMISSED AS MOOT**

        On December 30, 2022, Plaintiff Li Qui ("Plaintiff") filed a Complaint against Alejandro
Mayorkas, Merrick Garland, and David Radel (collectively, "Defendants").  In the Complaint,
Plaintiff sought adjudication of his Form I-589 asylum application.  On July 12, 2024, Defendants
filed a Notice of Agency Adjudication and Suggestion of Mootness ("Notice").  In the Notice,
Defendants state that the United States Citizenship and Immigration Services ("USCIS")
adjudicated Plaintiff's asylum application on April 4, 2024.  Defendants also state that, in light of
the adjudication of Plaintiff's asylum application, this action is moot and should be dismissed.  In
addition, Defendants state that they have requested that Plaintiff dismiss this action, but Plaintiff
has failed to respond to those requests.

        Accordingly, Plaintiff is ordered to show cause, in writing, no later than July 25, 2024 why
this action should not be dismissed as moot.  No oral argument on this matter will be heard unless
otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand
submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the
Order to Show Cause will result in the dismissal of this action.

        IT IS SO ORDERED.